**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jose Luis Orozco Perez,<br>Petitioner,<br>v.<br>Todd Blanche, *et al.*,<br>Respondents. | Case No. 2:26-cv-02653-MMD-BNW<br>**Order** |

IT IS THEREFORE ORDERED that the Amended currently due September 23, 2026 would be extended to November 9 , 2026, the Government's Response to Amended Petition to be filed fourteen (14) days after the amended petition is filed, and Petitioner's Reply to be filed seven (7) days after response to amended petition.

DATED this 22nd day of September, 2026.

UNITED STATES DISTRICT JUDGE